

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2021

No. 04-20-00206-CR

Jacob Charles **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6597
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

In these appeals, the reporter's records were initially due on June 15, 2020, *see* TEX. R. APP. P. 35.1, about three months after the beginning of the COVID-19 pandemic. Since then, because of the court reporter's extraordinary circumstances—including her own poor health and the death of her elderly mother—we previously granted six extensions to file the records. The final portions of the reporter's record were, we supposed, filed on February 25, 2021.

On April 26, 2021, Appellant moved this court to abate the appeal because the appellate record is not complete. Specifically, the reporter's record from voir dire has not been filed.

Appellant's motion is GRANTED. Because the appellate record is not complete, we WITHDRAW the deadline for submitting Appellant's brief. *See* TEX. R. APP. P. 38.6(a).

We ORDER Connie S. Calvert to file the reporter's records for voir dire in all three appeals within THIRTY DAYS of the date of this order. *See id.* R. 35.3(c).

If the reporter's records are not filed as ordered, this court will take appropriate measures to protect Appellant's rights, such as ordering Connie S. Calvert to report to the Fourth Court of Appeals each workday to complete the records under this court's direct supervision. Additional measures may include both civil and criminal contempt for failing to file the records as ordered. *See id.*; *see also* TEX. GOV'T CODE ANN. § 21.002 (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for

"repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Connie S. Calvert with proof of delivery.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court